IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY SCOTT DENNY, # 290082,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>ROLANDA CALLOWAY, *et al.,*  )<br>)<br>Respondents.  ) | CIVIL ACTION NO.<br>3:20-CV-972-WHA-CSC<br>[WO] |

## **ORDER**

On December 9, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. # 2. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 2) is ADOPTED; and

2. This case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

ONE this 6th day of January, 2021.

　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE